FILED

2003 OCT 14 P 2: 51

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| EDMUND LAGARTO, | : | CIVIL ACTION NO. |
| | : | 3:01-cv-2261 (WWE) |
| Plaintiff, | : | |
| v. | : | |
| AMPHENOL CORPORATION | : | |
| Defendant. | : | October 10, 2003 |

**JOINT MOTION FOR MODIFICATION OF SCHEDULING ORDER**

Pursuant to the Federal Rules of Civil Procedure and Loc. R. Civ. P. 9(b), the parties respectfully request that the discovery deadline in the above matter be extended to **February 18, 2004**. Further, the parties request that the deadline for filing dispositive motions be extended to **March 19, 2004**. In support of this motion, the parties respectfully state as follows:

1.  At the request of the parties, this matter was referred to the Honorable Holly B. Fitzsimmons for a settlement conference. Judge Fitzsimmons conducted a settlement conference on August 18, 2003. There was some delay in the parties proceeding to a settlement conference due to difficulties experienced by the defendant in getting a third

party witness to appear so that it could complete her deposition. Although the parties were unable to settle the case at the August 18 settlement conference, a second settlement conference with Judge Fitzsimmons has been scheduled for November 18, 2003.

2.  At the conclusion of the August 18 settlement conference the parties agreed – with approval from Judge Fitzsimmons – that they would postpone completing discovery in an attempt to minimize attorneys' fees and expert witness costs until after a second settlement conference, should the case remain unresolved at such time. The parties have already conducted extensive written discovery and several depositions. This proposed modification of the Scheduling Order would provide the parties with ninety (90) days to fully complete discovery, including expert discovery, should they be unable to resolve the case on November 18.

WHEREFORE, the parties respectfully request that the discovery deadline be extended to **February 18, 2004**, and that the deadline for filing dispositive motions be extended to **March 19, 2004**.

THE DEFENDANT,
AMPHENOL CORPORATION

By /s/ Brenda A. Eckert
Brenda A. Eckert
Federal Bar No. ct 00021
Gregg P. Goumas
Federal Bar No. ct 19095
For Shipman & Goodwin LLP
One American Row
Hartford, CT 06103-2819
Tel.: (860) 251-5000
Fax: (860) 251-5599

THE PLAINTIFF,
EDMUND LAGARTO

By _____
William Madsen, Esq. (ct09853)
Madsen, Prestley & Parenteau, LLC
44 Capitol Ave., Suite 201
Hartford, CT 06106
Tel. (860) 246-2466

4

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing Motion for Modification of Scheduling Order was mailed, postage prepaid, first-class mail on this 10th day of October, 2003 to the following:

The Honorable Warren W. Eginton
Chambers
United States District Court
915 Lafayette Blvd.
Bridgeport, CT 06604

The Honorable Holly B. Fitzsimmons
Chambers
United States District Court
915 Lafayette Blvd.
Bridgeport, CT 06604

William Madsen

354894 v.01 S1