*3:01CV 2261 MotExtSchedOrd 10/10/03*

FILED

2003 OCT 14 P 2: 51

US

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| EDMUND LAGARTO, | : | CIVIL ACTION NO. |
| | : | 3:01-cv-2261 (WWE) |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| AMPHENOL CORPORATION | : | |
| | : | |
| Defendant. | : | October 10, 2003 |

### JOINT MOTION FOR MODIFICATION OF SCHEDULING ORDER

Pursuant to the Federal Rules of Civil Procedure and Loc. R. Civ. P. 9(b), the parties respectfully request that the discovery deadline in the above matter be extended to **February 18, 2004**. Further, the parties request that the deadline for filing dispositive motions be extended to **March 19, 2004**. In support of this motion, the parties respectfully state as follows:

1.    At the request of the parties, this matter was referred to the Honorable Holly B. Fitzsimmons for a settlement conference. Judge Fitzsimmons conducted a settlement conference on August 18, 2003. There was some delay in the parties proceeding to a settlement conference due to difficulties experienced by the defendant in getting a third

Motion Granted.
Discovery cutoff date Feb 18 2004
Dispositive Motions due by Mar. 19, 2004
SO ORDERED
10/17/2003 /s/ Warren W. Eginton
Warren W. Eginton, Sr. U.S.D.J.