FILED

2004 JAN 20 P 12: 59

US DISTRICT COURT
BRIDGEPORT CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| EDMUND LAGARTO | : |
| Plaintiff | : |
| | : |
| v. | : DOCKET NO. |
| | : 3:01CV2261(WWE) |
| AMPHENOL CORPORATION | : |
| Defendant | : DECEMBER 31, 2003 |

STIPULATION OF DISMISSAL

The parties hereby stipulate that the above-referenced action shall be dismissed with prejudice as to all parties, and without attorney's fees and costs to any party.

PLAINTIFF,
EDMUND LAGARTO

By _/s/_____
William G. Madsen
Federal Bar No. ct09853
Madsen, Prestley & Parenteau, LLC
44 Capitol Avenue, Suite 201
Hartford, CT 06106
Tel: (860) 246-2466
Fax: (860) 246-1794

DEFENDANT,
AMPHENOL CORPORATION

By /s/ Brenda A. Eckert
Brenda A. Eckert
Federal Bar No. ct 00021
Gregg P. Goumas
Federal Bar No. ct19095
Shipman & Goodwin LLP
One American Row
Hartford, CT 06103-2819
Tel: (860) 251-5000
Fax: (860) 251-5599

107252 v.06 S57