01CV2261STiPDi5M

**FILED**

2004 JAN 20 P 12: 59

US DISTRICT COURT
BRIDGEPORT CT

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

EDMUND LAGARTO                         :
                                       :
    Plaintiff                      :
                                       :
    v.                             :   DOCKET NO.
                                       :   3:01CV2261(WWE)
AMPHENOL CORPORATION                   :
                                       :
    Defendant                      :   DECEMBER 31, 2003

### STIPULATION OF DISMISSAL

    The parties hereby stipulate that the above-referenced action shall be dismissed with prejudice as to all parties, and without attorney's fees and costs to any party.

PLAINTIFF,
EDMUND LAGARTO

By _____
William G. Madsen
Federal Bar No. ct09853
Madsen, Prestley & Parenteau, LLC
44 Capitol Avenue, Suite 201
Hartford, CT 06106
Tel: (860) 246-2466
Fax: (860) 246-1794

APPROVED AND SO ORDERED

Warren ... ... ... USDJ
Bridgeport, CT  1/26/04

FILED

2004 JAN 26 P 4: 25

US DISTRICT COURT
BRIDGEPORT CT